**Opinion issued July 15, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00308-CV

———————————

## MONZER HOURANI, Appellant

## V.

## T. GERALD TREECE, INDEPENDENT EXECUTOR FOR THE ESTATE OF JOHN M. O'QUINN, DECEASED, Appellee

———————————

On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Case No. 392,247-405

———————————

## MEMORANDUM OPINION

Appellant, Monzer Hourani, representing that the parties have entered into a

written settlement agreement, has filed a verified unopposed motion to dismiss the

appeal with prejudice. *See* TEX. R. APP. P. 42.1(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.